JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
David Kiebler
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
david.kiebler@usdoj.gov
*Attorneys for United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-31-APG-NJK |
| Plaintiff, | **Stipulation to Continue Briefing Schedule for Defendant's Motions to Suppress** |
| v. | |
| KEVIN ERIC COLEMAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney; David Kiebler, Assistant United States Attorney, counsel for the United States of America, and Maysoun Fletcher, counsel for defendant KEVIN ERIC COLEMAN, that the briefing schedule for Coleman's Motions to Suppress be continued 7 days.

The Stipulation is entered into for the following reasons:

1. Defendant filed two motions to suppress certain evidence on October 3, 2024. *See* ECF Nos. 63, 65.

2. The government must respond by October 17th to both motions and Defendant may reply by October 24th.

3. The parties are negotiating a plea agreement that would moot both of Defendant's motions to suppress.

4. Because the parties may not have a finalized plea agreement prior to October 17th, the parties stipulate and agree to continue the response and reply deadlines by 7 days.

5. If the Court grants the parties' stipulation, then the deadline for the Government to respond to Defendant's motions is October 24th and Defendant's deadline to reply is October 31st.

6. Defendant is not in custody.

DATED this 11th day of October, 2024.

JASON M. FRIERSON
United States Attorney

By /s/ David C. Kiebler
David C. Kiebler
Assistant United States Attorney

By /s/ Maysoun Fletcher
Maysoun Fletcher
Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>KEVIN ERIC COLEMAN,<br><br>　　Defendant. | Case No. 2:24-cr-31-APG-NJK<br><br>**ORDER TO CONTINUE BRIEFING SCHEDULE** |

　　Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that the parties represented that they are negotiating a plea agreement that would moot both of Defendant's motions to suppress.

　　IT IS ORDERED that the deadline for the Government to respond to Defendant's Motions to Suppress evidence is continued to October 24, 2024, and the deadline for the Defendant's replies to the government's responses is October 31, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

　　　　　　　　　　　　　　　　　　　DATED: October 11, 2024