JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
David Kiebler
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
david.kiebler@usdoj.gov
*Attorneys for United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN ERIC COLEMAN,<br><br>　　　　　Defendant. | Case No. 2:24-cr-31-APG-NJK<br><br>**Stipulation to Continue Briefing Schedule for Defendant's Motions to Suppress** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney; David Kiebler, Assistant United States Attorney, counsel for the United States of America, and Maysoun Fletcher, counsel for Defendant KEVIN ERIC COLEMAN, that the briefing schedule for Coleman's Motions to Suppress be held in abeyance pending Coleman's guilty plea.

　　　　The Stipulation is entered into for the following reasons:

1. Defendant, Kevin Coleman, filed two motions to suppress certain evidence on October 3, 2024. *See* ECF Nos. 63, 65.

2. This Court entered an agreed order continuing the government's response date to October 24th and Coleman's reply deadline to October 31st. *See* ECF No. 67.

3. Coleman signed a written plea agreement with the government and Chief Judge Gordon scheduled a change of plea hearing for November 8, 2024. *See* ECF No. 68.

4. Coleman's pending motions are moot once he pleads guilty to a count in the Indictment.

5. Consequently, the parties request that this Court hold the briefing schedule in abeyance pending Coleman's change of plea hearing.

6. If Coleman does plead guilty on November 8, 2024, the parties will submit a new stipulation requesting that this Court deny Coleman's motions to suppress evidence as moot.

DATED this 22nd day of October, 2024.

JASON M. FRIERSON
United States Attorney

By */s/ David C. Kiebler*
David C. Kiebler
Assistant United States Attorney

By */s/ Maysoun Fletcher*
Maysoun Fletcher
Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

KEVIN ERIC COLEMAN,

    Defendant.

Case No. 2:24-cr-31-APG-NJK

**ORDER TO CONTINUE BRIEFING SCHEDULE**

    Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that Defendant, Kevin Coleman, has indicated his intent to plead guilty.

    IT IS ORDERED that this Court's briefing schedule, set forth in ECF No. 67, is held in abeyance pending Coleman's November 8th change of plea hearing.

_____
HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

Dated: October 23, 2024

3