Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
KEVIN ERIC COLEMAN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>KEVIN ERIC COLEMAN,<br>Defendant. | CASE NO.: 2:24-cr-00031-APG-NJK<br><br>STIPULATION TO CONTINUE SENTENCING HEARING<br><br>FIRST REQUEST |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and David C. Kiebler, Assistant United States Attorney, counsel for the United States of America, and Maysoun A. Fletcher, counsel for Kevin Eric Coleman, that the Sentencing Hearing currently scheduled for February 20, 2025 at 2:30 p.m., be vacated and set to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to prepare for sentencing.

2. Mr. Coleman is out of custody and does not object to this request.

3. The United States of America does not object to this request.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the first request for a continuance of Mr. Coleman's Sentencing Hearing and is not sought for delay.

Dated this 27th day of January, 2025.

JASON M. FRIERSON
United States Attorney

By: */s/ David C. Kiebler*  
DAVID C. KIEBLER  
Assistant United States Attorney

By: */s/ Maysoun A. Fletcher*  
MAYSOUN FLETCHER  
Counsel for Kevin Eric Coleman

Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
**KEVIN ERIC COLEMAN**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> vs. <br><br> KEVIN ERIC COLEMAN, <br> Defendant. | CASE NO.: 2:24-cr-00031-APG-NJK <br><br> STIPULATION TO CONTINUE SENTENING HEARING <br> (First Request) |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel requires additional time to prepare for sentencing.

2. Mr. Coleman is out of custody and does not object to this request.

3. The United States of America does not object to this request.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

/ / /

3

5. This is the first request for continuance of Mr. Coleman's Sentencing Hearing.

## **ORDER**

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for February 20, 2025 at 2:30 pm be vacated and continued to _____ April 29, 2025 at 1:30 p.m. _____ in Courtroom 6C.

Dated this __28th__ day of __January__, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

4